KEITH, APPELLANT, *v.* KELLEY, WARDEN, APPELLEE.

**[Cite as *Keith v. Kelley,* 125 Ohio St.3d 161, 2010-Ohio-1807.]**

(No. 2010–0037—Submitted April 20, 2010—Decided April 28, 2010.)

———

**Per Curiam.**

{¶ 1} We affirm the judgment dismissing the petition of appellant, Jeffrey C. Keith, for a writ of habeas corpus. Res judicata bars Keith from filing a successive habeas corpus petition insofar as he raises claims that he either raised or could have raised in his previous petition. *Amstutz v. Eberlin,* 119 Ohio St.3d 421, 2008-Ohio-4538, 894 N.E.2d 1219, ¶ 7; *Keith v. Bobby,* 117 Ohio St.3d 470, 2008-Ohio-1443, 884 N.E.2d 1067. Moreover, as the court of appeals held, Keith's initial sentence is not void and has not expired, and he has or had an adequate

remedy by appeal to raise his claims that the trial court judges were improperly assigned to his criminal cases. See *Keith* at ¶ 12, 14.

Judgment affirmed.

PFEIFER, ACTING C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

The late CHIEF JUSTICE THOMAS J. MOYER did not participate in the decision in this case.

———

Jeffrey C. Keith, pro se.

Richard Cordray, Attorney General, and M. Scott Criss, Assistant Attorney General, for appellee.